UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 412 (KPF) |
| EZRA MCCOMBS, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant McComb's letter, dated April 4, 2020, seeking compassionate release. (Dkt. #79). The Court understands that Defendant's counsel wishes to file a motion supplementing the April 4, 2020 letter. Defendant's counsel shall file its supplementary motion on or before May 5, 2020. The Government shall respond on or before May 12, 2020.

SO ORDERED.

Dated: April 27, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge