UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 412 (KPF) |
| EZRA MCCOMBS, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a request from Defendant McComb's counsel for an extension of time to file a letter motion supplementing Defendant's April 4, 2020 letter. (Dkt. #79). Defendant's counsel's application is GRANTED. Defendant's counsel shall file it supplementary motion on or before May 15, 2020. The Government shall respond on or before May 22, 2020.

SO ORDERED.

Dated:    May 13, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge