**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

July 8, 2022

<u>VIA ECF</u>
Honorable Justice Katherine Polk Failia
United States District Court
40 Foley Square
New York, NY 10007-1312

       RE: *United States v. Ezra McCombs*
          <u>1:17-cr-00412-KPF-2</u>

Honorable Justice Polk Failla;  **MEMO ENDORSED**

  I, Dawn M. Florio, attorney at law, represent Ezra McCombs on the above case matter. I was contacted by Mr. McCombs asking permission to go on a family vacation to Cancun, Mexico. Vacation dates are as follows: 9/22/22-9/30/22. He would be Departing 9/22/22 out of JFK to then stay at Hotel Sea-dust Cancun Family Resort to then Returning on 9/30/22 arriving back at JFK. I have attached proof.

  I have spoken to AUSA Jason Richman and Probation Sonales Gonzalez and they consent to this request.

  I am requesting that this application be acknowledged and considered.

           Sincerely,

           Dawn M. Florio

           Dawn M. Florio, Esq.
           *Attorney for Ezra McCombs*

CC: All Counsel

Application GRANTED.

Dated:   August 5, 2022         SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE