**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

February 27, 2023

<u>*VIA ECF*</u>
Honorable Justice Katherine Polk Failia
United States District Court
40 Foley Square
New York, NY 10007-1312



RE:    *United States v. Ezra McCombs*
          <u>1:17-cr-00412-KPF-2</u>

Honorable Justice Polk Failla;

I, Dawn M. Florio, attorney at law, represent Ezra McCombs on the above case matter.  I was contacted by Mr. McCombs asking permission to go on a family vacation to Santo Domingo, Dominican Republic.  Vacation dates are as follows: 3/29/23-4/8/23. He would be Departing 3/28/23 out of JFK to then stay at Hotel Dreams Dominicus La Romana Resort & Spa to then Returning on 4/8/23 arriving back at JFK. I have attached proof.

I have spoken to AUSA Jason Richman and Probation Sonales Gonzalez and they consent to this request.

I am requesting that this application be acknowledged and considered.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Ezra McCombs*

CC:    All Counsel

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 89.

Dated:      February 27, 2023        SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE